CARL W. GRULICH, Respondent, v. CHARLES PAINE, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the plaintiff was guilty of contributory negligence as matter of

law. All concurred, except Kruse, P. J., who dissented and voted for affirmance.